# Court of Appeals
# of the State of Georgia

ATLANTA, December 05, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0539. WAYNE L. MURRAY v. THE STATE.**

In 2001, Wayne L. Murray was convicted of aggravated assault, criminal attempt to commit aggravated child molestation, two counts of child molestation, and two counts of cruelty to children in the first degree. This Court affirmed Murray's convictions. See *Murray v. State*, 293 Ga. App. 516 (667 SE2d 382) (2008). In 2009, Murray filed an application for discretionary appeal from the superior court's order denying his motion to correct a void sentence. In his motion, he argued that the trial court did not explicitly impose consecutive sentences in violation of OCGA § 17-10-10 (a). This Court granted the application, and the case was docketed as Case No. A10A1878. That case was dismissed, however, for Murray's failure to file an appellate brief. On November 15, 2011, Murray filed a second motion to correct void and illegal sentence, in which he argues that certain of the offenses should have been merged. The trial court denied the motion, and Murray filed this appeal.

A direct appeal may lie from an order denying a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Harper v. State*, 286 Ga. 216 n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). Murray's merger argument, however, is a challenge to his convictions, not to his sentence. See *Williams v. State*, 287 Ga. 192 (695 SE2d 244) (2010). Because he has not raised a valid void-sentence claim, Murray's appeal is subject to dismissal and is hereby DISMISSED. See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010); *Harper*, supra.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 12/05/2012

   *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*